# UNITED STATES DISTRICT COURT
for the
Eastern District of Wisconsin

CLERK'S OFFICE
A TRUE COPY
Feb 04, 2025
s/ llc
Deputy Clerk, U.S. District Court
Eastern District of Wisconsin

| | |
|---|---|
| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>The person of Antonio RAGSDALE (DOB: XX/XX/1989); and 2744 N. 9th St, Milwaukee, Wisconsin, and any outbuildings, garages, or tenant designated storages, lockers, or other areas associated with this address in addition to a black Chevrolet Avalanche bearing Iowa license plate number LMK514 | Case No. 25-807M(NJ) |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure of the following person or property located in the **Eastern** District of **Wisconsin**
*(identify the person or describe the property to be searched and give its location)*:

see Attachment A.

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

see Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before 2/18/2025 *(not to exceed 14 days)*
☒ in the daytime 6:00 a.m. to 10:00 p.m. ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to **Honorable Nancy Joseph**.
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)* ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: 2/4/2025 @ 10:28 a.m.

*Judge's signature* (signed: Nancy Joseph)

City and state: Milwaukee, WI

Honorable Nancy Joseph, U.S. Magistrate Judge
*Printed name and title*

## Return

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 25-807M | 02/04/2025 10:40 | Larae Ragsdale (spouse) |

Inventory made in the presence of :
SA Gary Roy

Inventory of the property taken and name(s) of any person(s) seized:

PROPERTY
- Taurus GC3 9mm Handgun
- Approximately 7 grams of blue M-30 pills, field-tested positive for a fentanyl/cocaine mix
- Approximately 42 grams of crystal methamphetamine, field-tested positive for methamphetamine
- Grey "B" Cell Phone
- Black LG Cell Phone
- Black TCL Cell Phone with cracked screen
- Black digital scale

***Law enforcement served legal process to Antonio RAGSDALE who was in custody at Milwaukee County Jail, compelling RAGSDALE to unlock his electronic devices per attachment B. RAGSDALE refused to unlock devices and intentionally destroyed the Black TCL phone with cracked screen***

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 02/10/2025

GARY M ROY Digitally signed by GARY M ROY Date: 2025.02.10 11:53:55 -06'00'

*Executing officer's signature*

Gary Roy, Special Agent

*Printed name and title*